IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ARTHUR JAMES GRIFFIN JR., | ) | |
|---|---|---|
| Petitioner, | ) | 8:18CV229 |
| v. | ) | |
| STATE OF NEBRASKA, | ) | ORDER |
| Respondent. | ) | |

Since Judgment was entered dismissing this matter prior to the filing of Petitioner's Motion to Amend and Motion for Leave to Proceed in Forma Pauperis,

IT IS ORDERED that Petitioner's Motion to Amend (filing no. 12) and Motion for Leave to Proceed in Forma Pauperis (filing no. 15) are denied.

DATED this 18th day of June, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge